Thomas O'Hagan, by Robert O'Hagan, His Guardian ad Litem, Appellant, v. The Nyack Country Club, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary E. Manners, Appellant, v. Samuel Friedman and Another, Respondents. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs on *Schomacker* v. *Michaels* (189 N. Y. 61).

Frank A. Selah, Respondent, v. The New York Times Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James A. Deering, Respondent, v. John Schreyer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ida Elizabeth Ensign, Respondent, v. Harry Asher Ensign, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emilio Terry, Respondent, v. Ethan Allen, as Executor, etc., of Carlos Tejidor, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Appraisal under the Acts in Relation to Taxable Transfers of Property, of the Property of Lyman F. Rhoads, Deceased. The Comptroller of the State of New York, Appellant; Alfred S. Hall and Others, as Executors and Trustees of the Last Will and Testament of Lyman F. Rhoads, Deceased, and Marianna Robbins, Individually, a Legatee under Said Will, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry A. Koelsch, Appellant, v. Bella Rodman and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on *Schomacker* v. *Michaels* (189 N. Y. 61).

Biagio Giuliano, Appellant, v. F. W. Seagrist, Jr., Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Sackett & Wilhelms Lithographing and Printing Company and Harold Bunker, Respondents, v. National Association of Employing Lithographers and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Everett McClure, Respondent, v. Jacob Schratwieser and Others, Copartners, Doing Business under the Firm Name of C. Schratwieser and Schratwieser's Sheet Metal Lath Works, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.